JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BANK OF CALIFORNIA, a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>TRUMAN PRESS, INC., an Arkansas Corporation, dba HANNOVER HOUSE; TARGET DEVELOPMENT GROUP, INC., a Wyoming Corporation; HANNOVER HOUSE, INC., a Wyoming Corporation f/k/a TARGET DEVELOPMENT GROUP, INC.; and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO. CV 13-01334 MMM (OPx)<br><br>JUDGMENT FOR PLAINTIFF |

On October 25, 2013, the court entered an order granting summary judgment on plaintiff National Bank of California's fourth and fifth causes of action. As a result, plaintiff is entitled to damages and to dismissal of the case. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiff recover unpaid principal in the amount of $331,466.41;

2. That plaintiff recover prejudgment interest in the amount of $24,574.83;

3. That the judgment bear post-judgment interest at the rate of 0.14% per year; and

4. That the action be, and it hereby is, dismissed.

DATED: October 25, 2013

　　　　　　　　　　　　　　　　／s／ Margaret M. Morrow
　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE